[Cheshire, June, 1883.]

Jewett, *Adm'r*, v. Keene.

Case for injuries from an obstructed highway, resulting in the death of the plaintiff's intestate, under *c.* 35, Laws of 1879.  No statement of the time and place of the injury and of the amount of damages claimed was filed with the city clerk, according to G. L., *c.* 75, *ss.* 7, 8, 9.  The defendants demurred.

Allen, J.  The sworn statement of the time, place, and character of the injury, and of the amount of damages claimed, required by G. L., *c.* 75, *ss.* 7, 8, and 9, before suit is brought for

injuries upon a highway, is not a necessary prerequisite to bringing and maintaining an action for an injury resulting in death, under c. 35, Laws of 1879.   *Clark* v. *Manchester, ante,* 577, 581. .

*Demurrer overruled.*

CLARK, J., did not sit: the others concurred.